UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DENISE SHARP,

               Plaintiff,

v.                                    Case No. 15-12829

COMMISSIONER OF SOCIAL
SECURITY,                          HON. ANTHONY P. PATTI

               Defendant.

_____/

### **JUDGMENT**

In accordance with the opinion and order issued on this date;

It is ORDERED AND ADJUDGED that judgment be entered in favor of Defendant and against Plaintiff.

      Dated at Detroit, Michigan: September 30, 2015

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  s/Michael Williams
                                                  Case Manager and Deputy Clerk

APPROVED:
s/Anthony P. Patti
HON. ANTHONY P. PATTI
UNITED STATES DISTRICT JUDGE